THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Brian Scott Helms,       
Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2003-UP-517
Submitted May 30, 2003  Filed August 
 27, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, 
 of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Brian Scott Helms was charged with carrying a pistol unlawfully 
 and trafficking in cocaine in an amount more than 200 grams, but less than 400 
 grams.  He pled guilty to carrying a pistol unlawfully and trafficking in cocaine 
 in an amount more than 28 grams, but less than 100 grams.  He was sentenced 
 to one year, suspended upon the service of two years probation, for the gun 
 charge.  As to the drug charge, he was sentenced to fourteen years, plus a $50,000 
 fine, provided upon the service of fourteen years, the balance is suspended.  
 Helmss appellate counsel filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved 
 from representation, asserting there are no directly appealable issues of arguable 
 merit.  Helms did not file a pro se response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.